Ex. & c. No. 10,752. STATE *v.* FREDERICK ROBERTSON. Motion of defendant for leave to reargue denied. *Herbert F. DeSimone, Attorney General, Donald P. Ryan,* Special Assistant Attorney General, for plaintiff, *James Cardono,* Public Defender, *Eugene F. Toro,* Special Counsel, for defendant.

APPEALS Nos. 6 and 7. JOSEPH P. NUNES *et al. v.* TOWN OF BRISTOL *et al.* GILBERT FERREIRA *et ux. v.* TOWN OF BRISTOL *et al.* Motion of plaintiffs for leave to reargue denied. *Hugo L. Ricci* (Attorney for Joseph P. Nunes et al.), *Helen M. Mac-Gregor* (Attorney for Gilbert Ferreira et ux.), for plaintiffs. *Anthony R. Berretto, Ralph C. DeLuca,* for defendants.